**The below described is SIGNED.**

**Dated: August 19, 2008**

*/s/ Judith A. Boulden*
JUDITH A. BOULDEN
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Howard + Toni Gurney
AKA Coin Trade Center
Debtor(s)

Case No: 05-31203
Chapter 7

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check made payable to Richard Pope, in the amount of $3024.07 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was filed to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Richard Pope now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $3024.07 to Richard Pope.

-------------------------------------------------END OF DOCUMENT-------------------------------------------------

Rev. 3/08